**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LUIZ GUSTAVO QUICIRI<br>***Plaintiff,***<br>v.<br>JOHN THOMPSON, et al.,<br>***Defendants.*** | **Civil Action No. 2:26-cv-11193-ES**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, **LUIZ GUSTAVO QUICIRI**, by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: November 4, 2026**

Respectfully submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group, LLC
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: November 5, 2026**